JOSHUA A. BASKIN, State Bar No. 294971
CHRISTINE AU-YEUNG, State Bar No. 294196
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
One Market Plaza
Spear Tower, Suite 3300
San Francisco, CA 941105-1126
Telephone: (415) 947-2000
Facsimile: (866) 974-7329
Email: jbaskin@wsgr.com
cauyeung@wsgr.com
cdelehanty@wsgr.com

Attorneys for Plaintiff
Superhuman Platform, Inc.

**UNITED STATES DISTRICT COURT**

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SUPERHUMAN PLATFORM INC., a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>1MIND AI, INC., a Delaware corporation,<br><br>Defendant. | CASE NO.: 3:26-cv-11711<br><br>**PLAINTIFF SUPERHUMAN PLATFORM INC.'S CORPORATE DISCLOSURE STATEMENT PURSUANT TO FED. R. CIV. P. 7.1 AND CERTIFICATION OF CONFLICTS, INTERESTED ENTITIES AND PERSONS, AND CITIZENSHIP PURSUANT TO CIVIL L.R. 3-15** |

Pursuant to Federal Rule of Civil Procedure 7.1, Plaintiff Superhuman Platform, Inc. ("Superhuman") states that it has no parent corporation and that no publicly held corporation owns 10% or more of its stock.

Pursuant to Civil L.R. 3-15, the undersigned certifies that as of this date, there is no conflict of interest (other than the named parties) to report.

Dated: October 9, 2026

WILSON SONSINI GOODRICH & ROSATI
Professional Corporation

By: /s/ Joshua A. Baskin
Joshua A. Baskin

Attorneys for Plaintiff
Superhuman Platform, Inc.